# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:11cr49-RH/CAS

TODD CORNELIUS BRITT,

     Defendant.

_____/

## ORDER REDUCING SENTENCE

The term of imprisonment to which the defendant Todd Cornelius Britt is sentenced is hereby reduced to a term of two hundred forty (240) months. In all other respects the original sentence remains unchanged.

SO ORDERED on June 30, 2017.

                                s/Robert L. Hinkle
                                United States District Judge